# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**KARIS P. RATAICZAK, JR.,**

      **Plaintiff,**

   **v.**                                   **CIVIL ACTION NO. 2:05 CV 42**
                                                                  **(Maxwell)**

**COMMISSIONER OF**
**SOCIAL SECURITY,**

      **Defendant.**

## ORDER

By Order entered September 27, 2005, the Court referred the Plaintiff's Motion For Judgment On The Pleadings and Memorandum In Support thereof; the Defendant's Motion For Summary Judgment and Brief In Support thereof; and the Plaintiff's Response In Opposition To Defendant's Motion For Summary Judgment to United States Magistrate Judge James E. Seibert, pursuant to 28 U.S.C. § 636(b)(1)(B); Rule 72 of the Federal Rules of Civil Procedure; and Rule 7.02(c) of the Local Rules of Civil Procedure, with directions to consider the same and to submit to the Court proposed findings of fact and a recommendation for disposition.

On September 21, 2006, Magistrate Judge Seibert entered a Report And Recommendation (Docket No. 19) wherein the parties were directed, in accordance with 28 U.S.C. §636(b)(1) and Rule 6(e) of the Federal Rules of Civil Procedure, to file any written objections thereto with the Clerk of Court within ten (10) days after

being served with a copy of said Report And Recommendation.  Magistrate Judge Seibert's Report And Recommendation expressly provided that a failure to timely file objections would result in waiver of the right to appeal from a judgment of this Court based thereon.

The docket in the above-styled civil action reflects that no objections to Magistrate Judge Seibert's September 21, 2006, Report And Recommendation have been filed.

Upon consideration of said Report and Recommendation, and having received no written objections thereto[1], the Court accepts and approves the Report And Recommendation.  Therefore, it is

**ORDERED** that Magistrate Judge Seibert's Report And Recommendation (Docket No. 19) be, and is hereby, **ACCEPTED** in whole and that this civil action be disposed of in accordance with the recommendation of the Magistrate Judge.  Accordingly,

1. The Defendant's Motion For Summary Judgment (Docket No. 10) is **GRANTED**;

2. The Plaintiff's Motion For Judgment On The Pleadings (Docket No. 9) is

---

[1]The failure of the parties to object to the Report And Recommendation not only waives their appellate rights in this matter, but also relieves the Court of any obligation to conduct a *de novo* review of the issues presented.  See Wells v. Shriners Hospital, 109 F.3d 198, 199-200 (4th Cir. 1997); Thomas v. Arn, 474 U.S. 140, 148-153 (1985).

**DENIED**;

3. The Plaintiff's Motion To Remand (Docket No. 13) is **DENIED**; and

4. The above-styled civil action is **DISMISSED** and **RETIRED** from the docket of this Court.

In light of the foregoing rulings, it is further

**ORDERED** that the Plaintiff's Motion For Substitution Of Parties (Docket No. 16) be, and the same is hereby, **DENIED as moot**.

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, the Clerk of Court is directed to enter a separate Judgment Order affirming the decision of the Defendant.

The Clerk of Court is directed to transmit copies of this Order and the Judgment Order to counsel of record.

**ENTER:** October __16__, 2006

          **/S/ Robert E. Maxwell**
          United States District Judge